IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BILLY PARKER                                                                                       PLAINTIFF

v.                             Civil No. 13-5142

PAUL CLARK, Probation Officer                                                         DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Billy Parker, then an inmate of the Benton County Detention Center, filed this *pro se* civil rights action under 42 U.S.C. § 1983. With the complaint, he submitted an application to proceed *in forma pauperis* (IFP). However, the application was incomplete because he failed to provide the Court with a certificate regarding his inmate account.

An order was entered (Doc. 3) giving Plaintiff until July 11, 2013, to return the completed IFP application. On July 19, 2013, mail sent to the Plaintiff at the Benton County Detention Center was returned as undeliverable. The Court obtained the home address Plaintiff had provided when he was booked and a change of address was entered on his behalf (Doc. 5). Mail sent to him at the home address was not returned as undeliverable.

Plaintiff has not communicated with the Court since he filed his complaint in July. I therefore recommend that this case be dismissed for failure to prosecute and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff**

-1-

**is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 5th day of November 2013.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE