IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BILLY PARKER                                                                          PLAINTIFF

        v.                    Civil No. 13-5142

PAUL CLARK, Probation Officer                                                         DEFENDANT

## ORDER

Now on this 25th day of November, 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #6), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #6) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this matter is **dismissed on the grounds that plaintiff has failed to obey the orders of the Court and has failed to prosecute this action.** See **Fed. R. Civ. P. 41(b)**.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE